**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00613-CV
No. 05-16-00614-CV

## IN RE MALCOLM MCCLENON, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. W12-54585-W(A), W12-54586-W(A)**

## ORDER

Before Justices Lang-Miers, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of the original proceedings.


/s/     ROBERT M. FILLMORE
        JUSTICE